## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Willie Luckett
                              Plaintiff,

v.                                                    Case No.: 1:19−cv−07132
                                                              Honorable Mary M. Rowland

City of Chicago, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2020:

        **MINUTE** entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Parties appeared telephonically. Parties report on discovery. Fact discovery is extended to 1/29/21. On or before 10/30/20, parties shall file a status report indicating whether both parties agree to proceed with a settlement conference with the magistrate judge. Plaintiff shall make a settlement demand prior to that date. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.